IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera          Date: May 1, 2012
Court Reporter:      Kara Spitler

Civil Action No. 12-cv-00318-RBJ-KLM

*Parties*:                                    *Counsel*:

DAVID SPETHMAN,                               Brian D. Gonzales

     Plaintiff,

v.

ROBERT LAWRENCE BLAIR, JR. and                Chanda Feldkamp
FUEL CAFÉ, INC.,

    Defendants.

---

## COURTROOM MINUTES

---

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      8:50 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding a Motion to Certify Class, claims and defenses.

**ORDERED:**  Defendant's Motion to Dismiss Doc.# [8] is DENIED AS MOOT.

**ORDERED:**  Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint
Doc.# [12] is DENIED AS MOOT.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT
THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties: **June 14, 2012.**

Discovery Cut-off: **January 2, 2013.**

Dispositive Motions deadline: **February 1, 2013.**

Parties shall designate affirmative experts **on or before October 1, 2012.**

Parties shall designate rebuttal experts **on or before November 30, 2012.**

**AN EARLY NEUTRAL EVALUATION is** not set at this time.

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE**  is set for **April 19, 2013 at 2:30 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

The parties anticipate a five day jury trial.

**JURY TRIAL** is set for **May 6, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDED.
**Court in recess:        9:10 a.m.**
Total time in court:     00:20